UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEABODY ESSEX MUSEUM, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES FIRE INSURANCE COMPANY, | ) CIVIL ACTION No. 06-11209-NMG |
| Defendant/Third-Party Plaintiff | ) |
| v. | ) |
| CENTURY INDEMNITY COMPANY, | ) |
| Third-Party Defendant. | ) |

## AFFIDAVIT OF JEREMY A. M. EVANS

I, Jeremy A. M. Evans, hereby depose and say as follows:

I am counsel for the plaintiff, Peabody Essex Museum in the above-referenced matter.

Attached to this affidavit are true and accurate copies of the following documents:

1. November 30, 2007 letter from Michael F. Aylward to Judge Nancy Gertner;

2. December 5, 2007 letter from Jeremy A. M. Evans to Judge Nancy Gertner; and

3. Excerpts of the July 17, 2008 Deposition of David J. Lang.

Singed under the penalties of perjury, this 5th day of September, 2008.

Jeremy A. M. Evans